**Charles R. JORDAN, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3285.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2005.

Charles R. Jordan, pro se.

## ORDER

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.